UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON FOWLER,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>GONZALEZ, Warden,<br><br>　　　　　Respondent. | NO. CV 10-03742 DOC (SS)<br><br><br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 22, 2010

　　　　　　　　　　　　　　　　_/s/ David O. Carter_
　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE